UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-cv-00083-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **EASTWOOD HOMES, INC.** | ) | |
| **EASTWOOD CONSTRUCTION, LLC,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on the government's Motion to Terminate the Consent Decree. Having considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Terminate the Consent Decree (#8) is GRANTED, and the Consent Decree is TERMINATED based on successful compliance with the provisions of the Decree.

Signed: July 1, 2014

Max O. Cogburn Jr.
United States District Judge